Martínez, Peticionario, v. Soto Nussa, Juez de Distrito, Demandado.

Solicitud para que se expida un auto de *certiorari* contra el Juez de la Corte de Distrito de Aguadilla en causa sobre otorgamiento de escritura.

No. 163.—Resuelto en julio 3, 1916.[1]

Certiorari—Documentos Base de la Acción—Prueba—Eliminación—Demanda Enmendada.—Cuando en una demanda se transcriben documentos que el tribunal estima que no son la base de la acción a que se refiere el artículo 119 del Código de Enjuiciamiento Civil sino sólo medios de evidencia para probarla, la resolución declarando con lugar una moción de eliminación no es revisable mediante *certiorari*.

Los hechos están expresados en la opinión.

El peticionario compareció en nombre propio.

El juez demandado no compareció.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El peticionario en la corte inferior presentó una demanda en la que transcribió ciertos documentos y cartas. El demandado hizo una moción para eliminar que fué concedida por la corte inferior por entender que los documentos transcritos no podían ser estimados como base de la acción, sino sólo como medios de evidencia para probarla, ordenando al demandante que enmendara su demanda y concediéndole cinco días para subsanar tales defectos, en otras palabras, el derecho a enmendar. Generalmente no debe ordenársele al demandante que enmiende sino dársele permiso, pero esta irregularidad no es la materia sobre que versa la petición.

Cuando en una demanda se insertan indebidamente materias de evidencia, el medio adecuado para poner un remedio a esa situación es presentando una moción de eliminación. Examinada la petición tiende ésta a convencernos de que todos o la mayor parte de los documentos transcritos eran

---

[1] En julio 11, denegada reconsideración.

cuestiones de evidencia y no documentos parecidos a escrituras, pagarés y otros contratos a los cuales se refiere el artículo 119 del Código de Enjuiciamiento Civil.   Aun cuando algunas de las cartas en realidad constituían el contrato en el cual se basaba la causa de acción, no creemos, sin embargo, que la resolución de la corte es revisable mediante *certiorari*, y si tuviéramos alguna duda todavía ejercitaríamos nuestra discreción para denegar el auto.   El error impugnado es a lo sumo de apreciación, a saber, si la demanda contenía o no cierta materia impertinente o superflua.   No hubo error de procedimiento y nada aparece de los hechos referidos en la petición que indique que cualquier supuesto error no podía ser revisado por apelación.   Estamos lejos de sugerir que prosperaría una apelación contra la sentencia definitiva que el peticionario hubiera podido solicitar que se dictara si no prefería hacer enmiendas.   Debe denegarse el auto.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.